UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:20-CR-010 |
| | ) | |
| JEFFERY MORGAN SMITH | ) | |

## MEMORANDUM AND ORDER

Now before the court is the defendant's motion to continue his July 22, 2020 trial date. [Doc. 23]. Defense counsel states that a continuance, unspecified in length, is needed to advise the defendant of the best possible resolution of this case. Defense counsel further reports that such efforts have been hampered by the current COVID-19 pandemic. According to the motion, the United States does not oppose the requested relief.

The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the court finds that the failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The defendant's motion [doc. 23] is **GRANTED**. The trial of this criminal case is **CONTINUED** from July 22, 2020, to **Wednesday, September 23, 2020, at 9:00 a.m.** in Knoxville. The new plea cutoff date is September 2, 2020.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

2

Case 3:20-cr-00010-RLJ-DCP   Document 24   Filed 07/08/20   Page 2 of 2   PageID #: 46